CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 25 2011

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) Case No. 7:08CR00048<br>) (Case No. 7:11CV80304)<br>) |
| v. | )<br>) **FINAL JUDGMENT AND ORDER**<br>) |
| SHAHEER EMANUEL SAUNDERS, | ) By: Glen E. Conrad<br>) Chief United States District Judge |
| Defendant. | ) |

For the reasons stated in the memorandum opinion entered this day, it is

**ADJUDGED AND ORDERED**

that the defendant's motion to vacate, set aside or correct sentence, pursuant to 28 U.S.C. § 2255 is summarily **DENIED** as without merit and is stricken from the active docket of the court. Based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right, a certificate of appealability is **DENIED**.

ENTER: This 25th day of January, 2011.

_____
Chief United States District Judge